# NATIONAL BANK OF COMMERCE IN ST. PAUL v. THOMAS J. BALDWIN.[1]

December 29, 1916.

Nos. 20,041—(177).

**Bills and notes.**

Evidence sustained the verdict that plaintiff was the owner of the note in suit. [Reporter.]

Action in the district court for Ramsey county to recover $900 upon a promissory note. The case was tried before Hanft, J., and a jury which returned a verdict for $951.75 against Thomas J. Baldwin and for $727.93 against Riegel & Roe. From an order denying his motion for a new trial, defendant appealed. Affirmed.

*C. D. & R. D. O'Brien,* for appellant.

*Frederick G. Ingersoll* and *Doherty & McNally,* for respondent.

PER CURIAM.

This is an action to recover on a promissory note made by the defendant to the Kissel Kar Company, and sold and indorsed by it to the plaintiff.

[1] Reported in 160 N. W. 1033.

There was a verdict for the plaintiff and the defendant appeals from the order denying his motion for a new trial.

The only material issue was whether the plaintiff was the owner. The evidence sustains the finding of the jury that it was and there were no errors at the trial.

Order affirmed.